[No. 4902–7–III.  Division Three.  May 26, 1983.]

MARVIN BARBER, *Respondent,* v. LEE FISHER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 21727, W. R. Cole, J., entered November 24, 1981. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green and McInturff, JJ.

[No. 4896–9–III.  Division Three.  May 26, 1983.]

LOUIS P. ESMIEU, ET AL, *Individually and as Trustees, Respondents,* v. INTERNATIONAL PELLETING COMPANY, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 73921, James B. Mitchell, J., entered July 30, 1981. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Roe, C.J., and Munson, J.

[No. 4974–4–III.  Division Three.  May 26, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. BRADLEY SCOTT WILLARD, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81–1–00959–1, Marcus M. Kelly, J., entered January 28, 1982. *Affirmed* by unpublished opinion per Munson, J., concurred in by Roe, C.J., and Green, J.